# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00495-CV

## In the Interest of R. A. Q.

### FROM COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
### NO. 09-3302-FC1, HONORABLE GEORGE E. HOLMES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant John Mark Quaak and appellee the Office of the Attorney General have both filed motions to dismiss. Quaak contends that the entire cause should be dismissed because the OAG lacks standing to bring this case. We deny Quaak's motion. The OAG contends that this appeal should be dismissed because Quaak on May 23, 2010, timely requested de novo review of the associate judge's order, preventing the order from being final and appealable. We grant the OAG's motion and dismiss this appeal. The cause may proceed at the trial court level.

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Dismissed on Appellee's Motion

Filed: December 15, 2010